

SCHUCKIT
& ASSOCIATES PC
ATTORNEYS AT LAW

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020

January 21, 2020

**VIA ECF ONLY**

Hon. Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **RE:** ***Vanessa Gousse vs. Trans Union, LLC***
> U.S. District Court, Southern District of New York
> Case No. 1:20-cv-00210-AT

Dear Judge Torres:

Defendant Trans Union, LLC ("Trans Union") respectfully requests that its counsel be granted leave to appear by telephone at the Initial Pretrial Conference, currently scheduled in the above-referenced matter for Thursday, March 19, 2020 at 11:40 a.m.

Good cause exists to grant Trans Union leave to appear by telephone as lead counsel otherwise will be required to travel from Zionsville, Indiana to New York, New York and thus, Trans Union will incur significant travel costs and attorneys' fees in connection with such travel. Trans Union assures the Court that counsel can and will meaningfully participate by telephone in all respects as may be necessary.

Very truly yours,

SCHUCKIT & ASSOCIATES, P.C.

/s/ Camille R. Nicodemus

*Counsel for Defendant Trans Union, LLC*

CRN/

cc: All counsel of record (via ECF)

DENIED.

SO ORDERED.

Dated: January 27, 2020
New York, New York

ANALISA TORRES
United States District Judge