USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA GOUSSE,

                Plaintiff,

-against-

TRANSUNION,

                Defendant.

20 Civ. 210 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the initial pretrial conference scheduled for March 19, 2020, shall proceed telephonically. The parties are directed to call chambers at (212) 805-0293 on **March 19, 2020**, at **11:40 a.m.** with both parties on the line.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge